UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| WILLIAM GIBBS and JOHN WAGNER, | ) | |
| Plaintiffs, | ) ) | Case No. 2:13-cv-0935-RCJ-NJK |
| vs. | ) ) | ORDER DENYING DISCOVERY PLAN (Docket No. 24) |
| RIVERS TRANSPORTATION GROUP, et al., | ) ) | |
| Defendants. | ) ) | |

Pending before the Court is the parties' proposed discovery plan and scheduling order (Docket No. 24), which is hereby DENIED without prejudice. The parties shall submit a revised discovery plan, no later than August 29, 2013, that complies with the Local Rules. Specifically, the parties are requesting a discovery period approximately 30 days longer than the typical 180 days from when the first defendant answered. Therefore, the parties must provide "a statement of the reasons why longer or different time periods should apply to the case . . ." *See* LR 26-1(d).

Additionally, it is the Court's preference that the parties specify that all requests to extend discovery deadlines must comply with LR 26-4. Under LR 26-4, requests to extend discovery deadlines must be filed at least 21 days before the expiration of the subject deadline sought to be extended. LR 26-4. A request made after the expiration of the subject deadline shall not be granted unless the movant demonstrates that the failure to act was the result of excusable neglect.

. . .

. . .

1       Although the Court is inclined to approve the deadlines set out in the parties' proposed
2 discovery plan, the parties must comply with the Local Rules and must provide sufficient reasons for
3 their delayed filing and extended deadlines.
4       IT IS SO ORDERED.
5       DATED: <u>August 26, 2013</u>

                                            _____
                                            NANCY J. KOPPE
                                            United States Magistrate Judge